831 F.2d 285
 Baker (William D.), Bell (Edward G., Jr.), Burgar
(Gerald), Birkey (I.), Kauffman (Clarence), Elliott
(Edwin), Krempa (Edward), Shivery (C.), Shore
(Harold),Stanley (John), Thomas (Ronald), Zafares
(Dimitrius), Zelina (John), Ott (Robert), Hargan (Robert),
Stratton (John), Auer (Timothy), Conrad (Jack), Mowery
(Allen), Pratt (Ernest)
v.
Lukens Steel Company, Lukens, Inc. Salaried-Employees
Retirement Plan
 NOS. 87-1007, 87-1008
 United States Court of Appeals,
Third Circuit.
 SEP 03, 1987
 
 Appeal From: E.D.Pa.,
 Giles, J.
 
 
 1
 AFFIRMED.